UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAURICE CHARLES HENRY, )<br>)<br>Petitioner, )<br>)<br>VS. )<br>)<br>DOUGLAS DRETKE, Director, Texas )<br>Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br><br>3:03-CV-1467-G |

## ORDER

After reviewing *de novo* the findings, conclusions, and recommendation ("Findings") of the United States Magistrate Judge, I am of the opinion that the Findings of the magistrate judge are correct and they are accepted as the Findings of the court, except that on page 3, lines 17-19, the quotation should read "in the light most favorable to the prosecution, *any* rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *Jackson v. Virginia*, 443 U.S. 307, 319 (1979) (emphasis in original).

It is therefore **ORDERED** that the Findings, except as modified herein, are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

April 19, 2005.

_____
A. JOE FISH
CHIEF JUDGE